FRED G. BURTON, Respondent, v. GRACE E. BURTON, Appellant.— Appeal dismissed, unless the appellant shall file and serve printed records and briefs by December fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of Proving the Last Will and Testament of ALICE PYBUS, Deceased.— Appeals dismissed, unless appellants shall file and serve printed records and briefs by December first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application of RANDOLPH McNUTT COMPANY, Petitioner, for a Peremptory Mandamus Order Directed to WILLIAM A. ECKERT, as Comptroller of the City of Buffalo, Respondent, Requiring Him to Countersign as Such Comptroller and Deliver to the Petitioner a Warrant for the Payment of Moneys Due the Petitioner for Goods Furnished the Board of Education, etc.— Application of counsel for Walker Equipment Company, Incorporated, and application of the corporation counsel of the city of New York for leave to file brief on the appeal as *amicus curiæ* granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

BASIL ROBILLARD, Appellant, v. ISABEL S. ROBILLARD, Respondent.— Stay of operation of order granting an increase of alimony denied, with leave to renew should there be delay upon the part of the respondent in arguing the appeal. Stay of operation of order directing payment of counsel fee granted pending appeal. Motion to be relieved from reprinting on this appeal the testimony printed on the former appeal, granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HATTIE E. MAGINN, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Order affirmed, without costs of this appeal to either party, upon stipulation made in open court. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application of ANDREW K. McLUNEY, Doing Business under the Name of McLUNEY MOTOR COMPANY, Appellant, for a Peremptory Writ of Mandamus against CHARLES L. PRINGLE, Comptroller of Oneida County, Appellant. (CHARLES A. G. SCOTHON, Respondent.) — Order affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

KATHERINE MURDOCH, Respondent, v. STEPHEN BERNATH and Others, Defendants, and MAX M. YELLEN, Appellant.— Orders affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THOMAS H. BRADLEY, Respondent, v. CENTRAL CITIES BUILDINGS, INCORPORATED, Appellant, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HILDEGARDE WALTERS, Respondent, v. LEONARD MOSCATO, Appellant.— Order so far as appealed from reversed on the law and facts, with ten dollars costs and disbursements, and motion to restore denied. Order denying motion to dismiss action reversed on the law and facts, and motion granted, without costs. (See *Wheeler* v. *Duell*, 230 App. Div. 392; *Lang* v. *Lanzel*, 221 id. 833; *Kellner* v.

*Kener,* 216 id. 244.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPH W. POPPENBERG, Respondent, v. LEONARD MOSCATO, Appellant.— Order so far as appealed from reversed on the law and facts, with ten dollars costs and disbursements, and motion to restore denied. Order denying motion to dismiss action reversed on the law and facts, and motion granted, without costs. (See *Wheeler* v. *Duell,* 230 App. Div. 392; *Lang* v. *Lanzel,* 221 id. 833; *Kellner* v. *Kener,* 216 id. 244.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MYRTLE ENO, Respondent, v. LEONARD MOSCATO, Appellant.— Order so far as appealed from reversed on the law and facts, with ten dollars costs and disbursements, and motion to restore denied. Order denying motion to dismiss action reversed on the law and facts, and motion granted, without costs. (See *Wheeler* v. *Duell,* 230 App. Div. 392; *Lang* v. *Lanzel,* 221 id. 833; *Kellner* v. *Kener,* 216 id. 244.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

WALTER ENO, Respondent, v. LEONARD MOSCATO, Appellant.— Order so far as appealed from reversed on the law and facts, with ten dollars costs and disbursements, and motion to restore denied. Order denying motion to dismiss action reversed on the law and facts, and motion granted, without costs. (See *Wheeler* v. *Duell,* 230 App. Div. 392; *Lang* v. *Lanzel,* 221 id. 833; *Kellner* v. *Kener,* 216 id. 244.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARGARET L. OWENS, Respondent, v. JULIA A. BRADY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, the appellant having the right to accept the stipulation contained in the affidavit of the plaintiff. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

IRVING H. VOGEL, Appellant, v. GENERAL BAKING COMPANY and Another, Respondents.— Order affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal on the facts. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Punishment of ANNA M. KERNER, Surety, for Contempt of Court Arising Out of an Undertaking on Appeal from a Judgment Recovered in an Action Entitled DOMINICK D. MARTINO, an Infant, etc., v. PIUS KERNER, etc.— Order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of Proving the Alleged Last Will and Testament of JAMES F. MATHEWS, Deceased.— Decree and order affirmed, with costs to the petitioner against the contestant. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ANDREW NIEDERPRUEM, Respondent, v. BERNARD N. HYMAN, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOHN F. CLIFTON, Respondent, v. LAWRENCE E. D. STEVENS, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SAMUEL LEDERMAN and Another, Respondents, v. MINNEAPOLIS FIRE AND